UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re:                                                    In Proceedings Under Chapter 7 of the United
FREDERICK M. WAKE a/k/a RIC WAKE,                         States Bankruptcy Code
        Debtor.   Case No. 09-77592 (REG)
---------------------------------------------------------x

### ORDER GRANTING AMENDED MOTION OF PLAINFIELD MUSIC INC. FOR RELIEF FROM THE AUTOMATIC STAY

Upon the amended motion (the "Motion")[1] of Plainfield Music Inc. ("Plainfield"), by and through its counsel, Herrick, Feinstein, LLP, pursuant to section 362 of Bankruptcy Code and Rule 4001 of the Bankruptcy Rules, for relief from the automatic stay in order to replevy the certain Property; and this chapter 7 case having been filed with this Court on October 8, 2009; and after consideration of the Motion and due deliberation; and the Court being satisfied that the relief sought in the Motion is appropriate under the circumstances; and good and sufficient cause existing to grant the entry of this Order; therefore, it is hereby

**ORDERED**, that the relief requested in the Motion is granted as set forth herein; and it is further

**ORDERED**, that the automatic stay is lifted to allow Plainfield to pursue the replevin of the Property, and exercise all rights it possesses as to the Property.

Dated: ~~New York~~ Central Islip, New York
      February 25, 2010

/s/ Robert E. Grossman
THE HONORABLE ROBERT E. GROSSMAN
UNITED STATES BANKRUPTCY JUDGE

---

[1] All capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.

HF 5507200v.1 #11478/0059