B6F (Official Form 6F) (12/07)

In re  Frederick M. Wake
                Debtor

Case No. _____
              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Andrew Scheinman<br>149 Wooster Street<br>New York, NY 10012 | | | 2001<br>Business Debt | | | X | 25,000.00 |
| ACCOUNT NO. xxxxxxxx0649<br>AT&T<br>3201 Quail Springs Parkway<br>Suite 200<br>Oklahoma City, OK 73134 | | | 2009<br>Services | | | | 154.51 |
| ACCOUNT NO.<br>Citibank<br>7930 NW 110th Street<br>Kansas City, MO 64153<br><br>Citibank/CCSI<br>Bankruptcy Dept.<br>7930 N.W. 110th Street<br>P.O. Box 20487<br>Kansas City, MO 64195-9904 | | | 2006<br>Goods and Services | | | | 9,531.32 |
| ACCOUNT NO.<br>Dix Hills AC<br>c/o Rubin & Rothman, LLC<br>1878 Veterans Highway<br>Islandia, NY 11722 | | | 2002<br>Services | | | | 30,000.00 |

_4_ Continuation sheets attached

Subtotal > $ 64,685.83

Total > $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Frederick M. Wake** , Case No. _____
Debtor  (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Herb Black <br> American Iron & Metal Company Inc <br> 9100 Henri Bourassa Blvd. E. <br> Montreal-Est, Quebec  H1E2S4 | | | 2003 <br> Business Debt | | | X | 100,000.00 |
| ACCOUNT NO. <br> Islandwide Builders Industries, Inc <br> c/o Morritt Hock Hamrof & Horowitz LLP <br> 400 Garden City Plaza <br> Garden City, NY  11530 | | | 2008 <br> Judgment | | | | 1,250,000.00 |
| ACCOUNT NO. <br> Joel Katz, Esq. <br> Greenberg Traurig <br> Metlife Building <br> 200 Park Avenue <br> New York, NY  10166 | | | 2003 <br> Personal Business Loan | | | X | 15,000.00 |
| ACCOUNT NO.  xxxxxxxx5316 <br> LIPA <br> P.O. Box 888 <br> Hicksville, NY  11802-0888 <br><br> LIPA/Brooklyn Union of L. I. <br> 175 East Old Country Road <br> Hicksville, NY  11801 <br> Attn:  Elisa Pugliese, Esq. | | | 2008 <br> Services | | | | 1,910.38 |

Sheet no. 1 of 4 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > $ 1,366,910.38

Total > $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Frederick M. Wake
       Debtor

Case No. _____ (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Michael Miola & First Film LLC <br> c/o Ronald J. Offenkrantz, Esq. <br> 405 Park Avenue <br> New York, NY  10022 | | | 2004 <br> Business Debt | | | X | 250,000.00 |
| ACCOUNT NO.  xxxxxxxx6922 <br> National Grid <br> c/o RUI Credit Services <br> P.O. Box 1349 <br> Melville, NY  11747-0422 | | | 2008 <br> Services | | | | 1,383.45 |
| ACCOUNT NO. <br> Pafco Investments, LLC <br> Heller & Laiks, PA <br> 77 Passaic Avenue <br> Suite 203 <br> Passiac, NJ  07055 | | | Judgment | | | | 1,000,000.00 |
| ACCOUNT NO. <br> Pamela Praetorius <br> c/o Lawrence W. Rader, Esq. <br> 225 Broadway, Suite 400 <br> New York, NY  10007 | | | Business Debt | | | X | 166,000.00 |
| ACCOUNT NO.  xxxxxxxx0094 <br> Public Storage <br> 18 W. Jericho Turnpike <br> Syosset, NY  11791-4530 | | | 2008 <br> Storage fees | | | | 435.00 |

Sheet no. 2 of 4 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > $ 1,417,818.45

Total > $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Frederick M. Wake**, Debtor

Case No. _____ (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Signature Bank <br> 261 Madison Avenue <br> New York, NY 10016 | | | | | | | 6,000.00 |
| ACCOUNT NO. <br> Stadley Ronon Stevens & Young LLP <br> 2600 Once Comerce Square <br> Philadelphia, PA 19103-7098 | | | 2004 <br> Legal Services | | | | 25,814.82 |
| ACCOUNT NO. CPFF-09-509352 <br> The Bancorp Bank <br> c/o Berman DeValerio <br> 425 California St. <br> Suite 2100 <br> San Francisco, CA 94104 | | | 01/09 <br> Judgment | | | | 1,591,027.23 |
| ACCOUNT NO. <br> The Bancorp Bank <br> c/o Kohn, Swift & Graf, P.C. <br> Onoe South Broad, Suite 2100 <br> Philadelphia, PA 19107 <br><br> Los Angeles County Sheriff's Dept. <br> County Courthouse Branch <br> 110 N. Grand Street, #525 <br> Los Angeles, CA 90012 | | | 2005 <br> First & Second Mortgage | | | | 8,000,000.00 |

Sheet no. 3 of 4 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ $ 9,622,842.05

Total ▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re  Frederick M. Wake
                    Debtor

Case No. _____
              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> The M12 Group Inc. <br> c/o Manatt, Phelps & Phillips LLP <br> 7 Times Square, 22nd Floor <br> New York, NY 10036 | | | 2009 <br> Judgment | | | | 440,000.00 |
| ACCOUNT NO. <br> Township Property Finance <br> 68 S. Service Road, Suite 100 <br> Melville, NY 11747 <br> Attn: Karen Rizzo | | | 2002 <br> Broker Fee | | | | 31,000.00 |

Sheet no. 4 of 4 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal > $ 471,000.00

Total > $ 12,943,256.71
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)