UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In Re:                                              Chapter 11

Frederick M. Wake a/k/a                             Case No. 809-77592-A736
Ric Wake,

        Debtor.                              Order

-----------------------------------------------------------X

      The Debtor having applied for the entry of an Order pursuant to 11 U.S.C. §§ 523 or 727: (a) setting January 4, 2011 as the last date by which creditor, Pamela Praetorius a/k/a Pam Rousakis ("Praetorius"), may file a complaint to object to the discharge of the Debtor, or, alternatively, to the dischargeability of the Praetorius debt; and (b) for such other and further relief as this Court deems just and proper, and the Notice of Motion, Affirmation in Support and proposed order having been served on the Office of the United States Trustee, the Chapter 7 Trustee and Pamela Praetorius' counsel,

      A hearing having been conducted before the Honorable Robert E. Grossman, United States Bankruptcy Judge, United States Bankruptcy Court, Long Island Federal Courthouse, 290 Federal Plaza, Room 860, Central Islip, New York on December 8, 2010, and the Debtor having appeared by Weinberg, Gross & Pergament LLP, and after due deliberation and consideration, it is hereby

ORDERED, that January 4, 2011 is the last date by which Pamela Praetorius a/k/a Pam Rousakis may file a complaint to object to the discharge of the Debtor, or, alternatively, to the dischargeability of her debt.